SAWYER & LABAR LLP
IVO LABAR, State Bar No. 203492
　*labar@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

Attorneys for Plaintiff
GEORGE MCCAFFERTY


NICHOLAS J. BOOS (SBN 233399)
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:  (415) 646-4700
Facsimile:   (205) 254-1999

Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY and
OHIO SECURITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE MCCAFFERTY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation; and DOES 1-10, inclusive,,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01861-KJM-AC<br><br>**STIPULATION AND ORDER REMANDING THE ACTION TO STATE COURT** |

Case No. 2:24-cv-01861-KJM-AC
STIPULATION AND ORDER REMANDING THE ACTION TO STATE COURT

**STIPULATION**

Following Defendants' removal of this case to federal court, counsel have discussed the impact of the additional non-diverse Defendant joined to the action in the First Amended Complaint by the Plaintiff.  Based on these discussions, the parties have agreed to stipulate to remand the action to state court.  Accordingly, the parties stipulate to remand the case to Placer County Superior Court for all further proceedings.

The parties further stipulate that they will bear their own attorneys' fees and costs associated with the removal and remand.

DATED:  August 19, 2024                                    SAWYER & LABAR LLP


By:    /s/ Ivo Labar
       Ivo Labar
       Attorneys for Plaintiff
       GEORGE MCCAFFERTY


DATED:  August 19, 2024                                    MAYNARD NEXSEN LLP


By:    /s/ Nicholas J. Boos
       Nicholas J. Boos
       Attorneys for Defendants
       LIBERTY MUTUAL INSURANCE COMPANY
       and OHIO SECURITY INSURANCE COMPANY

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders this case remanded to Placer County Superior Court for all further proceedings. The parties will bear their own attorneys' fees and costs associated with the remand.

**IT IS SO ORDERED.**

DATED:  August 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE